

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR12-1043SJO-02 |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Ulises Demitrio Rivera | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of Cal for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___See PSA report___

1 _____

2 _____

3 _____

4     and/or

5 B.  ( )  The defendant has not met his/her burden of establishing by

6 clear and convincing evidence that he/she is not likely to pose

7 a danger to the safety of any other person or the community if

8 released under 18 U.S.C. § 3142(b) or (c). This finding is based

9 on: _____

10 _____

11 _____

12 _____

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _8-31-17_

_____

UNITES STATES MAGISTRATE JUDGE